IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| UNITED STATES OF AMERICA | ) | No. 4:16CR40001-001 |
| --- | --- | --- |
| v. | ) | |
| | ) | 29 U.S.C. § 501(c) |
| CLINTON HUMPHREY | ) | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

From on or about March 1, 2010, through on or about November 30, 2014, in the Western District of Arkansas, Texarkana Division, the defendant, **CLINTON HUMPHREY**, while an officer of a labor organization, that is, the International Brotherhood of Electrical Workers Local 386, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys and funds of said labor organization, in violation of 29 U.S.C. § 501(c).

KENNETH ELSER
ACTING UNITED STATES ATTORNEY

By: _____
David R. Ferguson
Assistant U. S. Attorney
Arkansas Bar No. 85052
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125
E-mail david.ferguson@usdoj.gov